

6/14/16

My name is Dylan Butler and I'm currently locked up in federal prison. I have filed an appeal on my case but haven't recieved any info as to how its going. I don't have the financial means to hire an attorney so I'm having to do everything myself. I was wondering if you could please send me an updated court docket sheet on my case.

My case number is: 3:12cr34CWR-FKB-001

My USM Number is: 16508-043

Thank you for your help and consideration.

sincerly,

Dylan Butler

Dylan Butler #16508-043
Ft. Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

16508-043
District Court Clerk
501 E Court St. Suite #2.500
Jackson, MS 39201
United States

RECEIVED
Clerk, U.S. District Court
Southern District of Miss.